Matthew T. Cecil, Esq.
Nevada Bar No. 9525
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-222-2500
Fax: 702-669-4600
Email: mtcecil@hollandhart.com
smschwartz@hollandhart.com

*Attorneys for Defendant*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRISTINA ROBERTSON, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CENEGENICS L.L.C., a Foreign Limited Liability Company; DOES I – X; and ROE CORPORATIONS I - X.,<br><br>Defendant. | CASE NO.: 2:19-cv-00359-JAD-CWH<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION SESSION** |

**WHEREAS,** the Parties were ordered to appear before United States Magistrate Judge Cam Ferenbach for an Early Neutral Evaluation session on June 19, 2019 at 10:00 a.m., with a confidential written evaluation statement due in his chambers no later than June 12, 2018. (ECF No. 8).

**WHEREAS,** Defendant's Representative for the Early Neutral Evaluation session resides in Atlanta, Georgia, and is unable to attend on June 19, 2019.

**NOW, THEREFORE,** Plaintiff Cristina Robertson and Defendant Cenegenics L.L.C., by and through their attorneys of record, jointly ask the Court to reschedule the Early Neutral Evaluation session from June 19, 2019 to a later date.

For convenience, and in an effort to avoid rescheduling the Early Neutral Evaluation again, the Parties have conferred to discuss available dates. The Parties are available on July 10,

1

2019 and July 11, 2019.  The Parties understand that these dates may not be available or may conflict with the Court's calendar.  If these dates are unavailable or conflict with the Court's calendar, then the Parties request the Court calendar the Early Neutral Evaluation session after August 1, 2019.

The Parties further request the confidential written evaluation statement be scheduled to be delivered to United States Magistrate Judge Ferenbach's chambers no later than one week before the Early Neutral Evaluation session.

**IT IS SO STIPULATED** this 5th day of June, 2019.

| HKM EMPLOYMENT ATTORNEYS, LLP | HOLLAND & HART LLP |
|---|---|
| */s/ Jenny L. Foley* | */s/ Matthew T. Cecil* |
| Jenny L. Foley, Ph.D., Esq.<br>Nevada Bar No. 9017<br>Marta D. Kurshumova, Esq.<br>Nevada Bar No. 14728<br>1785 East Sahara, Suite 300<br>Las Vegas, NV 89104 | Matthew T. Cecil, Esq.<br>Nevada Bar No. 9525<br>Susan M. Schwartz, Esq.<br>Nevada Bar No. 14270<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

IT IS HEREBY ORDERED that the Early Neutral Evaluation scheduled for June 19, 2019, is VACATED, and RESCHEDULED to 10:00 AM, August 5, 2019.  The confidential statement must be received 4:00 PM, July 29, 2019. All else as stated on the order scheduling (ECF NO. 8) remains unchanged.

DATED June 11, 2019.

_____
United States Magistrate Judge