UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Cristina Robertson

    Plaintiff

v.

Cenegenics LLC

    Defendant

Case No.: 2:19-cv-00359-JAD-DJA

**Order Closing Case Under LR 41-1**

    The local rules of this court provide that "[a]ll civil actions that have been pending . . . for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte . . . ."[1] The court filed an order on September 29, 2020, advising plaintiff that no activity had occurred for 270 days and the case would be dismissed under L.R. 41-1 unless action was taken by October 29, 2020.[2] The court's deadline has long since expired and more than 270 days have passed without any proceeding of record having been taken in this case.

    IT IS THEREFORE ORDERED that Cristina Robertson's claims against Cenegenics LLC are DISMISSED. The Clerk of Court is directed to CLOSE THIS CASE.

                                             _____
                                             U.S. District Judge Jennifer A. Dorsey
                                             July 23, 2021

---

[1] L.R. 41-1.
[2] ECF No. 27.